IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Case No. 02 CV 3937

RITA ROYSTER
    18 Golden Eagle Court
    Westminster, MD 21158

        Plaintiff,

vs.

MOORE, U.S.A. INC.
    One Canterbury Green
    Stamford, Connecticut 06901

and

MOORE NORTH AMERICA, INC.
    One Canterbury Green
    Stamford, Connecticut 06901

        Defendants.

**STIPULATION AND ORDER
EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Rita Royster and Defendants Moore U.S.A. Inc. and Moore North America, Inc. (hereinafter referred to as "Defendants"), through their respective undersigned counsel, that the deadline for Defendants to answer, move or otherwise respond to Plaintiff's Complaint is extended from January 6, 2003 to and including January 27, 2003.

        Respectfully submitted,

        JACKSON LEWIS LLP
        8614 Westwood Center Drive
        Vienna, VA 22182
        (703) 821-2189

Dated: January 7, 2003    By: _____
       Vienna, Virginia        Teresa Burke Wright, Esq.
                                      Maryland Federal Bar No. 08602

                                      JACKSON LEWIS LLP
                                      59 Maiden Lane, 40th Floor
                                      New York, New York 10038
                                      (212) 545-4000

Dated: January 7, 2003        By: _____
      New York, New York                *Jennifer B. Courtian
                                      *Dana Scher

                                      ATTORNEYS FOR DEFENDANTS

                                      *(Motion for admission pro hac vice to be filed)

                                      MALLON & McCOOL, LLC
                                      16 South Calvert Street, Suite 1002
                                      Baltimore, Maryland 21202
                                      (410) 727-7887

Dated: January 3, 2003        By: _____
      Baltimore, Maryland                Joseph T. Mallon, Jr.

                                      ATTORNEYS FOR PLAINTIFF
                                      RITA ROYSTER

It is SO ORDERED this
9th day of January, 2003

_____
U.S.D.J.