

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITA ROYSTER,<br><br>Plaintiff,<br><br>v.<br><br>MOORE U.S.A. INC. and MOORE NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 1:02-CV-3937 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER B. COURTIAN



I, Teresa Burke Wright, Esq., am a member in good standing of the bar of this Court and Of Counsel within the law firm of Jackson Lewis LLP, 8614 Westwood Center Drive, Suite 950, Vienna, Virginia 22183. My bar number for the U.S. District Court for the District of Maryland is 08602. I am making this motion requesting the admission of Jennifer B. Courtian, Esq. to appear and participate *pro hac vice* in this case as counsel for Defendants.

We certify that:

1. Ms. Courtian, the proposed admittee, is a member in good standing of the bars of the following state courts and courts for the United States of America:

| Court | Year of Admission |
|---|---|
| New York State | 1992 |
| District of Columbia | 1992 |
| United States Court of Appeals, Second Circuit | 2000 |
| United States Court of Appeals, Sixth Circuit | 2001 |
| United States District Court, Eastern District of New York | 1993 |
| United States District Court, Southern District of New York | 1993 |
| United States District Court, Northern District of New York | 1994 |
| United States District Court, Western District of New York | 1994 |
| United States District Court, Eastern District of Michigan | 1996 |

2. Ms. Courtian, the proposed admittee, has not been admitted to this Court *pro hac vice* during the twelve months immediately preceding this motion.

3. Ms. Courtian, the proposed admittee, has never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4. Ms. Courtian, the proposed admittee, is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

5. Ms. Courtian, the proposed admittee, understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant will serve as co-counsel in these proceedings.

7. A check payable to the Clerk, United States District Court, in the amount of $50.00, which is the fee for admission *pro hac vice,* is enclosed.

8. Defendants' counsel has conferred with Plaintiff's counsel and Plaintiff's counsel has indicated he has no objection to the granting of this motion.

Dated: February 3, 2003
Vienna, Virginia

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Teresa Burke Wright, Esq. | Jennifer B. Courtian, Esq. |
| Maryland Bar No. 08602 | |
| | |
| JACKSON LEWIS LLP | JACKSON LEWIS LLP |
| 8614 Westwood Center Drive | 59 Maiden Lane |
| Suite 950 | New York, New York 10038 |
| Vienna, Virginia | (212) 545-4000 |
| (703) 821-2189 | (212) 972-3213 |
| (703) 821-2267 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITA ROYSTER<br><br>Plaintiff,<br><br>v.<br><br>MOORE U.S.A., INC. and MOORE NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 1:02-CV-3937 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2003, I caused to be served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* by sending it by United States Mail, postage prepaid, to Plaintiff's counsel of record at the following address:

Joseph T. Mallon, Jr.
Mallon & McCool, LLC
16 South Calvert Street, Suite 1002
Baltimore, Maryland 21202

_____
Teresa Burke Wright, Esq.

H:\Clients\Moore\Royster\pleadings\Answer FINAL.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITA ROYSTER,<br><br>Plaintiff,<br><br>v.<br><br>MOORE U.S.A. INC. and<br>MOORE NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 1:02-CV-3937<br><br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER B. COURTIAN** |

**ORDER GRANTING MOTION FOR ADMISSION**

***PRO HAC VICE* OF JENNIFER B. COURTIAN**

AND NOW, this _11th_ day of _February_, 2003 upon Motion for Admission *Pro Hac Vice* of Jennifer B. Courtian it is hereby ORDERED, ADJUDGED AND DECREED that Jennifer B. Courtian is admitted to this court *Pro Hac Vice*.

By the Court,

Felicia C. Cannon

Clerk, United States District Court

by- Lena _____