IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RITA ROYSTER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:  MJG 02 CV 3937 |
| MOORE U.S.A., INC. | * | |
| and | * | |
| MOORE NORTH AMERICA, INC. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>JOINT MOTION FOR ENLARGEMENT OF TIME</u>**

The parties, Plaintiff Rita Royster and Defendants Moore U.S.A., Inc., et al., by their undersigned counsel, hereby file this Joint Motion for Enlargement of Time, and in support thereof, state as follows:

1.  On January 29, 2003, this Court issued a Scheduling Order setting the case with a discovery deadline of June 12, 2003, and a dispositive motions deadline of July 14, 2003.

2.  To date, the parties have engaged in good faith discovery, however, the parties do not anticipate discovery being complete by the current discovery deadline. This has been in large part due to Plaintiff's counsel's schedule. Plaintiff's partner, Steven McCool, has just completed a 13 month death penalty trial in Washington, D.C. As a result, Plaintiff's counsel's workload was unusually heavy from December 2002 until mid-March 2003. In addition, Plaintiff's counsel has two trials scheduled during the remaining discovery period which has caused scheduling difficulties.

3. Both parties consent to the modification of the Scheduling Order.

4. Good cause exists for granting this request and neither party's case will be prejudiced as a result thereof.

WHEREFORE, the parties request that this Court issue a new Scheduling Order as follows:

(a) All Discovery must be completed by August 15, 2003;

(c) Deadline for filing Dispositive Motions is September 22, 2003.

Respectfully submitted,

_____    _____
Joseph T. Mallon, Jr.              Jennifer Courtian, Esquire
Mallon & McCool LLC                Jackson Lewis LLP
16 S. Calvert St., Suite 1002      59 Maiden Lane
Baltimore, Maryland, 21202         New York, New York 10038
(410) 727-7887                     212-545-4000
Attorneys for Plaintiff            Attorneys for Defendants


Dated:  May 29, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RITA ROYSTER | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.:  MJG 02 CV 3937 |
| MOORE U.S.A., INC. | * | |
| and | * | |
| MOORE NORTH AMERICA, INC. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

UPON CONSIDERATION of the Joint Motion for Enlargement of Time, it is this \_\_\_\_ day of _____, 2003, by the United States District Court, hereby,

ORDERED, that the Joint Motion for Enlargement of Time be and hereby is granted; and it is further,

ORDERED, that the Scheduling Order in the above-referenced action, be and hereby is modified as follows:

(a)   All Discovery must be completed by August 15, 2003;

(c)   Deadline for filing Dispositive Motions is September 22, 2003.

 

_____
United States District Judge