**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

<u>Northern Division</u>
320 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201
Tel 410-962-3190
Fax 410-962-3177

<u>Southern Division</u>
200 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770
Tel 301-344-0052
Fax 410-344-3888

May 30, 2003

_____FILED _____ENTERED
_____LOGGED _____RECEIVED

JUN 0 2 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

TO COUNSEL OF RECORD

Re:  Royster v. Moore, et al.
     <u>Civil No. RDB 02-3937</u>

Dear Counsel:

I have reviewed the joint motion for enlargement of time. I note that the request for a two month extension was filed approximately two weeks before the expiration of a discovery deadline set in January of this year. As reflected in the attached Order, the Court has granted a 30 day extension of time pursuant to which all discovery must be completed by July 15, 2003, and dispositive motions filed by August 15, 2003.

While I understand those problems noted by counsel, I do not think more than a 30 day extension is necessary and would expect counsel now to abide by this revised scheduling order.

Sincerely,

*Richard D. Bennett*

Richard D. Bennett
United States District Judge

RDB/skp

Attachment