IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RITA ROYSTER

    Plaintiff      *

v.      *     Civil Action No.: MJG 02 CV 3937    *RDB*

MOORE U.S.A., INC.

and      *

MOORE NORTH AMERICA, INC.      *

    Defendants      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

FILED ___ ENTERED
LOGGED ___ RECEIVED

JUN 0 2 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

UPON CONSIDERATION of the Joint Motion for Enlargement of Time, it is this 29th day of *May*, 2003, by the United States District Court, hereby,

ORDERED, that the Joint Motion for Enlargement of Time be and hereby is granted; and it is further,

ORDERED, that the Scheduling Order in the above-referenced action, be and hereby is modified as follows:

(a)    All Discovery must be completed by ~~August~~ *July* 15, 2003;

(c)    Deadline for filing Dispositive Motions is ~~September 22,~~ *August 15*, 2003.

                             _____
                              United States District Judge