IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RITA ROYSTER<br><br>    Plaintiff,<br><br>vs.<br><br>MOORE, U.S.A. INC. and<br>MOORE NORTH AMERICA, INC.<br><br>    Defendants. | Case No. RDB 02 CV 3937<br><br>**DEFENDANT MOORE NORTH AMERICA, INC.'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S DOCUMENT REQUESTS** |

      Now comes Defendant Moore North America, Inc. formerly known as Moore U.S.A., Inc. (incorrectly sued herein as "Moore U.S.A. Inc." and "Moore North America, Inc.") (referred to herein as "Defendant") by and through its attorneys, Jackson Lewis LLP ("Jackson Lewis"), and respectfully moves this Court pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 104 of the Local Rules of the United States District Court for the District of Maryland, for an Order directing Plaintiff Rita Royster to provide full and complete responses to Defendant's document requests. A Memorandum of Law and the Affidavit of Jennifer B. Courtian in Support of this Motion are submitted simultaneously herewith.

                Respectfully submitted,

            JACKSON LEWIS LLP
              8614 Westwood Center Drive
              Vienna, VA 22182
              (703) 821-2189 (telephone)
              (703) 821-2267 (facsimile)

Dated: June ___, 2003    By: _____
  Vienna, Virginia        Teresa Burke Wright, Esq.
              Maryland Federal Bar No. 08602

            JACKSON LEWIS LLP
              59 Maiden Lane, 40th Floor
              New York, New York 10038
              (212) 545-4000 (telephone)
              (212) 972-3213 (facsimile)

Dated: June ___, 2003    By: _____
  New York, New York      Jennifer B. Courtian
              Dana Scher

              ATTORNEYS FOR DEFENDANT
              MOORE NORTH AMERICA, INC.