IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RITA ROYSTER,<br><br>Plaintiff,<br><br>v.<br><br>MOORE U.S.A. INC. et al.,<br><br>Defendants. | Case No. RDB 02-CV-3937<br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Rita Royster, and Defendant, Moore Wallace, formerly known as Moore North America, Inc., formerly known as Moore U.S.A. Inc., through their undersigned counsel, who are authorized to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Dated: July 18th, 2003

MALLON & McCOOL, LLC
16 South Calvert Street, Suite 1002
Baltimore, Maryland 21202
(410) 727-7787

By _____
Joseph T. Mallon, Jr., Esq.

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, Virginia 22183
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)

Dated: July 24, 2003          By: _____
      Vienna, Virginia                  Teresa Burke Wright, Esq.
                                                                        Maryland Bar No. 08602

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000 (telephone)
(212) 972-3213 (facsimile)

Dated: July 24, 2003          By: _____
      New York, New York               Jennifer B. Courtian, Esq.
                                                                         Dana J. Scher, Esq.

ATTORNEYS FOR DEFENDANTS

It is SO ORDERED this
_____ day of July, 2003

_____
U.S.D.J.